BROWDY, Respondent, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division,

First Department. June 10, 1904.) Action by Louis Browdy against Louis S. Gottlieb. A. Rosenstein, for appellant. No opinion. Orders affirmed, with $10 costs and disbursements.